**Alena Uladimirauna KURYLCHYK, et al., Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 14–2472.

United States Court of Appeals, Eighth Circuit.

Submitted: March 19, 2015.

Filed: March 26, 2015.

Matthew M. Armbrecht, Guzior & Armbrecht, Minneapolis, MN, for Petitioners.

Scott Baniecke, U.S. Immigration & Naturalization Service, Bloomington, MN, Karen Yolanda Drummond, Carl H. McIntyre, Carmel Aileen Morgan, Jennifer A. Singer, U.S. Department of Justice, Washington, DC, for Respondent.

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Alena Uladimirauna Kurylchyk and her husband Vitali Nikolaevich Bychkooski, natives and citizens of Belarus, petition for review of an order of the Board of Immigration Appeals upholding an immigration judge's decision to deny asylum and withholding of removal.[1] After careful consid-

eration of the issues before us, *see De Castro–Gutierrez v. Holder,* 713 F.3d 375, 379 (8th Cir.2013), we deny the petition, because we conclude that substantial evidence supports the finding that Kurylchyk failed to establish past persecution or a well-founded fear of future persecution, *see Ortiz–Puentes v. Holder,* 662 F.3d 481, 483–84 (8th Cir.2011). The petition for review is denied. *See* 8th Cir. R. 47B.

---

1. Kurylchyk is the principal applicant and her husband is a derivative applicant for relief.